FILED
MAY - 6 2009
MAY - 6 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE NORGLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 09 CR 426 |
| v. ) | |
| ) | Violation: Title 29, United States Code |
| MOZELLE E. MEANS-SWANSON ) | Section 501(c). |

MAGISTRATE JUDGE VALDEZ

The SPECIAL SEPTEMBER 2008 GRAND JURY charges:

1.  At times material to this indictment:

    (a) The American Postal Worker's Union ("APWU") was a labor organization engaged in an industry affecting commerce within the meaning of Title 29, United States Code, Sections 402(i) and (j). American Postal Workers Union Local 7139 ("Local 7139"), was a local union affiliated with the APWU.

    (b) Defendant MOZELLE E. MEANS-SWANSON was the President of Local 7139 from in or about November 1999 until in or about May 2005. As such, she was an officer as that term is defined in Section 402(n) of Title 29, United States Code.

    (c) Local 7139 maintained a checking account at Citibank. The funds maintained in the Citibank checking account were only to be disbursed for expenses incurred by Local 7139. Defendant MEANS-SWANSON was not authorized to withdraw funds from Local 7139's Citibank checking account for personal use or expenses.

2. From on or about May 6, 2004, and continuing to on or about June 22, 2004, at Naperville, Illinois, and elsewhere in the Northern District of Illinois, Eastern Division,

MOZELLE E. MEANS-SWANSON,

defendant herein, did embezzle, steal, and unlawfully and willfully abstract, and convert to her own use the moneys, funds, securities, property, and other assets of a labor organization of which she was an officer, namely, funds from the checking account maintained by Local 7139 at Citibank, in the approximate amount of $4,900.

In violation of Title 29, United States Code, Section 501(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY